IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CORRINA MARTIN, On Behalf of Herself and All Others Similarly Situated,** | § § § § | |
| *Plaintiff* | § § | |
| v. | § | Case No. 5:20-CV-1334-DAE |
| | § | |
| **CB RESTAURANTS, INC. d/b/a/ SUGAR'S GENTLEMEN'S CLUB, GLENN WILLIAMS, WILLIAM COX and TERESA THOMPSON,** | § § § § § | |
| *Defendants*. | § | |

## PLAINITFF'S ADVISORY / STATUS REPORT

Plaintiff Corrina Martin provides the following advisory and/or status report pursuant to Docket Entry No. 57. The Parties could not reach agreement on the substance of a joint status report. Plaintiff provides the following update to the Court out of an abundance of caution.

In the related *Nicholson v. Sacolo, Ltd., et al.*, Case No. 5:20-cv-1319-JKP-HJB (W.D. Tex.), Judge Bemporad resolved the Motion for Relief from Order Compelling Arbitration or, Alternatively, Motion to Appoint New Arbitrator by appointing Ruben D. Campos as the arbitrator over Plaintiff Martin's claims and the claims of the other plaintiffs in the *Nicholson* action. Mr. Campos's appointment also applies to the claims asserted by Plaintiff Martin herein.

[Signature block on next page]

-2-

Date: February 15, 2023                              Respectfully submitted,

                                                     HODGES & FOTY, LLP


                                                     /s/ David W. Hodges
                                                     David W. Hodges
                                                     Texas State Bar No. 00796765
                                                     2 Greenway Plaza, Suite 250
                                                     Houston, Texas 77046
                                                     Tel: (713) 523-0001; Fax: (713) 523-1116
                                                     dhodges@hftrialfirm.com

                                                     *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties of record via the Court's CM/ECF filing system.

                                                     /s/ David W. Hodges
                                                     David W. Hodges